IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| SIGMA LAMBDA UPSILON/ SEÑORITAS LATINAS UNIDAS SORORITY, INC., | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No.: 3:18-CV-00085 ) |
| RECTOR AND VISITORS OF THE UNIVERSITY OF VIRGINIA, | ) ) ) ) |
| Defendant. | ) |

## DEFENDANT UNIVERSITY OF VIRGINIA'S MOTION TO DISMISS

Defendant Rector and Visitors of the University of Virginia (University), by counsel, pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, respectfully moves this Court to dismiss Plaintiff's Complaint with prejudice because Plaintiff's claims against the University are barred by the Eleventh Amendment and Sovereign Immunity.

**WHEREFORE,** the University respectfully moves this Court to dismiss Plaintiff's Complaint with prejudice.

Date: December 21, 2018

                        Respectfully submitted,

                        **RECTOR AND VISITORS OF THE UNIVERSITY OF VIRGINIA**

                        By:    /s/ Barry T. Meek
                                    Counsel

Barry T. Meek (VSB No. 41715)
Associate University Counsel and
Senior Assistant Attorney General

Office of the University Counsel
University of Virginia
P.O. Box 400225
Charlottesville, Virginia 22904-4225

Telephone:    (434) 924-3586
Facsimile:     (434) 982-3070
E-mail:         bmeek@virginia.edu

# CERTIFICATE

I hereby certify that on the 21st day of December 2018, a true copy of the University of Virginia's Motion to Dismiss was served by electronic means through the Court's CM/ECF system on counsel for Plaintiff as follows:

>Sheridan England, Esq.
>S.L. England, PLLC
>1050 Connecticut Ave NW #500
>Washington DC 20036
>(202) 572-1020
>Sheridan@slengland.com
>
>James Granoski, Esq.
>Law Office of James A. Granoski
>600 Cameron Street
>Alexandria, VA 22314
>(703) 300-2786
>James@JamesGranoski.com

**RECTOR AND VISITORS OF THE
UNIVERSITY OF VIRGINIA**

/s/ Barry T. Meek