CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 08 2019

JULIA C. DUDLEY, CLERK
BY: /s/ A. Beeson
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| SIGMA LAMBDA UPSILON/ SEÑORITAS LATINAS UNIDAS SORORITY, INC., | ) ) ) ) |
| Plaintiff, | ) Civil Action No. 3:18CV00085 ) |
| v. | ) **ORDER** ) |
| RECTOR AND VISITORS OF THE UNIVERSITY OF VIRGINIA, | ) By: Hon. Glen E. Conrad ) Senior United States District Judge ) |
| Defendant. | ) |

This case is presently before the court on the plaintiff's motion for leave to file an amended complaint. Pursuant to Federal Rule of Civil Procedure 15(a)(1), the plaintiff is entitled to amend its complaint once as a matter of course within 21 days after service of a motion under Rule 12(b). Fed. R. Civ. P. 15(a)(1); see also Galustian v. Peter, 591 F.3d 724, 730 (4th Cir. 2010) (explaining that Rule 15(a)(1) applies to amendments seeking to add parties). "Because a properly filed amended complaint supersedes the original one and becomes the operative complaint in the case, it renders the original complaint 'of no effect.'" Fawzy v. Wauquiez Boats SNC, 873 F.3d 451, 455 (4th Cir. 2017) (quoting Young v. City of Mt. Ranier, 238 F.3d 567, 573 (4th Cir. 2001)). Accordingly, it is hereby

**ORDERED**

as follows:

1. The plaintiff's motion for leave to amend (Dkt. Not. 7) is **GRANTED**;

2. The amended complaint (Dkt. No. 7-1) shall be deemed filed as of this date and docketed separately by the Clerk; and

3. The motion to dismiss filed by the Rector and Visitors of the University of Virginia is **DENIED** without prejudice as moot.

The Clerk is directed to send copies of this order to all counsel of record.

DATED: This ___8th___ day of January, 2019.

                                            _/s/ Conrad_
                                            Senior United States District Judge