**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**CHARLOTTESVILLE DIVISION**

| | | |
|---|---|---|
| **SIGMA LAMBDA UPSILON/** | ) | |
| **SEÑORITAS LATINAS UNIDAS** | ) | |
| **SORORITY, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 3:18-cv-00085-GEC** |
| | ) | |
| **RECTOR AND VISITORS OF THE** | ) | |
| **UNIVERSITY OF VIRGINIA, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## NOTICE OF APPEARANCE

I am admitted to practice in this Court, and I appear in this case as counsel for defendants

Rector and Visitors of the University of Virginia, Frank M. Conner III, Patricia M. Lampkin,

J. Marshall Pattie, Edgar Halcott Turner II, and Caroline Wagner (formerly Caroline Ott).

Respectfully submitted,

_____/s/ Sandra S. Gregor_____
Sandra S. Gregor (VSB No. 47421)
Assistant Attorney General
Office of the Attorney General
202 North 9th Street
Richmond, Virginia 23219
(804) 786-1586 Telephone
(804) 371-2087 Facsimile
sgregor@oag.state.va.us

Mark R. Herring
Attorney General of Virginia

Samuel T. Towell
Deputy Attorney General

*Sheri H. Kelly (VSB No. 82219)
Assistant Attorney General

Office of the Attorney General
204 Abingdon Place
Abingdon, Virginia 24211
(276) 628-2964 Telephone
(276) 628-4375 Facsimile
skelly@oag.state.va.us
*Counsel of Record for Defendants*

## CERTIFICATE

I hereby certify that on this 1st day of July, 2019, a true copy of the forgoing was served

by electronic means through the Court's CM/ECF system on counsel as follows:

Sheridan England, Esq.
S.L. England, PLLC
1050 Connecticut Ave NW #500
Washington DC 20036
(202) 572-1020
Sheridan@slengland.com
*Counsel for Plaintiff*

James Granoski, Esq.
Law Office of James A. Granoski
600 Cameron Street
Alexandria, VA 22314
(703) 300-2786
James@JamesGranoski.com
*Counsel for Plaintiff*

By: ____/s/ Sandra S. Gregor_____

2