**UNIVERSITY OF VIRGINIA**
OFFICE OF THE DEAN OF STUDENTS

March 1, 2018

██████ ██████
Sigma Lambda Upsilon/Señoritas Latinas Unidas Sorority, Inc.

Dear Ms. ██████

On Wednesday, February 14, 2018, the Office of the Dean of Students received a report of hazing behavior involving (SLU). Assistant Dean of Students Hal Turner, Assistant Director of Fraternity and Sorority Life Spencer Hudec, and Program Coordinator of Fraternity and Sorority Life Caroline Ott conducted an initial inquiry into the report. The findings of our inquiry are summarized below.

Process and Findings

On February 14, 2018, the Office of the Dean of Students received a report of potentially concerning behaviors involving Sigma Lambda Upsilon Sorority. The behaviors are as follows:

1. SLU new members were expected to spend upwards of 50 hours of their week with the sorority.
2. SLU new members were expected to stay on Grounds for Spring Break, but were not aware of why.
3. SLU new members were expected to stare at a fixed point on the wall, while standing for unreasonable amounts of time.
4. SLU new members were enduring physical, emotional, and mental stress directly as a result of many aspects of the SLU New Member Process.

The Hazing Evaluation Panel determined the report was viable, thus necessitating notification to law enforcement and the Commonwealth's Attorney for the City of Charlottesville. Such notification occurred via email on February 19, 2018.

On February 16, 2018, I met with you and the SLU's Dean of Academics, ██████ ██████ to discuss the reported behaviors and their validity. You and ██████ provided the following summary of the SLU new member process.

- SLU new members are required to complete 25 hours of work towards academics weekly. These hours consist of study time and new members are allowed to study whatever and wherever they want.
- On Saturdays and Sundays new members are required to participate in "sessions" which last approximately from 10:00am to 8-10:00pm. During these sessions, new members are required to complete projects and learn information about the sorority. When asked to provide additional information about project content, ██████ stated they consisted of learning general information about the sorority (history, founding, mascot), writing letters to founding sorority members, discussions about why new members want to be part of SLU, and creative projects such as making designs that symbolize their chapter bond.
- The first SLU new member "session" occurred on Saturday, February 10, 2018 at ██████ residence. The session consisted of the following:
    - 10:00am-12:00pm: SLU sisters discussed "SLU things" which were described as learning the "Dama pose."
    - 2:00-4:00pm: SLU sisters educated new members on the history of the chapter.
    - 4:00-8:00pm: SLU sisters and new members consumed dinner and completed homework.
    - ██████ acknowledged new members spend a significant amount of time standing (two hour periods approximately three times a session).

- o You and ▇ acknowledged SLU new members got frustrated in the Saturday "session" on February 10 due to having to absorb a significant amount of information and making mistakes with retaining said information.
- ▇ stated new members are required to call ▇ ▇ ▇ (Dean of pledges) every day to discuss how their day has been going.
- You and ▇ stated SLU new members were allowed to contact families.
- SLU new members are not permitted to go home (or alternative destination) during spring break and are required to attend an SLU national conference in New York. When asked if new members were informed of this requirement prior to the trip, ▇ stated SLU members were not informed why they could not leave during spring break (this was done in order to have the national conference be a surprise as opposed to causing harm). ▇ stated some SLU sisters and a new member were permitted to participate in Alternative Spring Break activities through the University.

On February 16, 2018, Caroline Ott met with the Sigma Lambda Upsilon new members and requested that they provide answers to questions pertaining to the hazing report. During the interviews, new members indicated they were each issued a schedule based on their academics, and were assigned Sigma Lambda Upsilon project time, structured study time, structured eating time, and time that must be spent with sisters. New members were asked to dress in similar clothing, typically in a certain color scheme each day. New members were asked to remain on Grounds through April 10, 2018, without reason, including spring break.  All new members expressed emotional stress as a result of struggling to meet the time demands of the SLU new member process. New members also expressed sentiments of feeling supported by the chapter.

A review of the information provided including discussions with the national organization revealed that a majority of the structured events of Sigma Lambda Upsilon's new member process were approved by the national organization.

Outcome

Based on the evidence obtained from written statements, and an evaluation of the perceived credibility of the relevant Sigma Lambda Upsilon witnesses, the investigators do find Sigma Lambda Upsilon responsible for violating the University's hazing policy. As a result, the following sanctions are issued:

- Sigma Lambda Upsilon will remain suspended during the spring 2018 semester until the national organization and Office of the Dean of Students can agree to a revised new member education plan.
- Once approved to resume their process, Sigma Lambda Upsilon will have until April 15, 2018 to complete their new member education process, initiation, and leadership elections for the 2018-2019 academic year. Sigma Lambda Upsilon will not be allowed to have a new member presentation this spring.
- Beginning April 16, 2018 the chapter will serve a period of FOA suspension until August 28, 2018.
- Sigma Lambda Upsilon will not be able to complete intake after spring 2018 until the national organization has provided the Office of the Dean of Students with a new long-term new member education plan that is compliant with University policies.
- Any subsequent finding that Sigma Lambda Upsilon has engaged in any form of hazing behavior will result in the immediate termination of Sigma Lambda Upsilon's FOA for an appropriate period based upon the severity of the behavior.

The Office of the Dean of Students appreciates the transparency and cooperation provided by Sigma Lambda Upsilon student leadership during this process.

Sincerely,

Edgar Halcott Turner II

Assistant Dean of Students & Director of Fraternity & Sorority Life

CC: Allen W. Groves, University Dean of Students
    Marsh Pattie, Associate Dean of Students
    Spencer Hudec, Assistant Director of Fraternity & Sorority Life
    Caroline Ott, Program Coordinator of Fraternity & Sorority Life
    Jacqueline Blas, Director of Membership Intake, Sigma Lambda Upsilon/Señoritas Latinas Unidas Sorority, Inc.
    Sarah Nerette, Sigma Lambda Upsilon/Señoritas Latinas Unidas Sorority, Inc Alumni Advisor