**SIGMA LAMBDA UPSILON/SEÑORITAS LATINAS UNIDAS SORORITY, INC.**
**ARTICLES OF THE NEW MEMBER EDUCATION PROGRAM**

**DAMA BILL OF RIGHTS**

1. A Dama will be given a personal copy of her Bill of Rights, the Anti-Hazing Policy, the Rules of the New Member Education Program for Damas and Hermanas and her New Member Education Program Contract on the first night of the New Member Education Program.

2. A Dama may not be subject to physical contact from an Hermana without her consent.

3. A Dama may not be verbally abused by an Hermana directly or indirectly. This includes, but is not limited to, the use of profanity directed at a Dama, derogatory name-calling, and personal insults.

4. A Dama may never be required to risk her health for anything related to the Sorority.

5. A Dama will never be degraded or humiliated by any Hermana.

6. A Dama will never be cross-pledged with a person who is not a member of the Pledge Class or viewed by non-Hermanas during New Member Education Program sessions.

7. A Dama will never be deprived of food by any Hermana.

8. A Dama will be allowed to communicate with members of her family whenever and however she wishes.

9. A Dama will not be required to do personal favors or tasks for any Hermana. This includes but is not limited to providing transportation for the Hermanas and/or requiring Damas to do projects not approved by the Dean of Pledges. A Dama may not be penalized for refusing a personal favor.

10. The Sorority will not require a Dama to devote more than 15 hours per week for sorority activities and project time. This 15 hour limitation does not include the 25 hours per week for academic study time that the Sorority recommends to its Damas.

11. A Dama will be entitled to call for a Resolution Session whenever she deems necessary. A Resolution Session is a form of mediation commonly used by the Sorority.

12. A Dama will be given the name/phone number of the Director of Membership Intake on the first night of the New Member Education Program.

13. A Dama will be given access to complaint forms from the National Policy and Compliance Board and the name/phone number to the Director of the National Policy and Compliance Board on the first night of the New Member Education Program.

14. A Dama will be informed of active and inactive Hermanas in the Sorority. Inactive Hermanas cannot participate in New Member Education Program Sessions.

15. A Dama will be entitled to assignment time for the Sorority to work on Sorority projects and talk to Hermanas outside of session. This is in addition to any study time.

16. A Dama will not be deprived of sleep. No Sorority activities will take place between the hours of 12 AM – 10AM, Monday through Friday, and 12AM – 9AM, Saturday and Sunday.

**ANTI-HAZING POLICY**

Sigma Lambda Upsilon/Señoritas Latinas Unidas Sorority, Inc. does not condone and will not tolerate the hazing of a Dama (prospective member) in any manner. No Chapter or Hermana (member) shall conduct nor condone hazing activities. Hazing is defined as:

"Any action taken or situation created, intentionally or unintentionally, whether on or off campus, to produce mental or physical discomfort, embarrassment, harassment, or ridicule. Such activities may include, but are not limited to: use of alcohol; paddling in any form; engaging in public stunts and buffoonery; morally degrading or humiliating games and activities; and any other activities which are not consistent with academic achievement, Sigma Lambda Upsilon policy, or the regulations and policies of the educational institution or applicable state law."

Sigma Lambda Upsilon/Señoritas Latinas Unidas Sorority, Inc. further defines hazing as:

1. Endangering the safety or mental and emotional health of a Dama

2. Physical contact or abuse of a Dama in the form of, but not limited to: paddling, striking, punching, kicking, biting, wrestling, shoving, pulling or slapping

3. Mental abuse of a Dama in the form of, but not limited to intentional sleep deprivation or threats of violence

4. Verbal abuse of a Dama, directly or indirectly, including, but not limited to, the use of profanity, degrading name-calling, and personal insults

5. Acting in a way that is demeaning, embarrassing or discomforting to the reasonable individual

6. Any act that may be seen as contrary to federal, state, and local laws and the chapter's university campus code of conduct

The objective of Sigma Lambda Upsilon/Señoritas Latinas Unidas Sorority, Inc.'s New Member Education Program is to foster sisterhood. True Hermandad (sisterhood) is nurtured in an atmosphere of social and moral responsibility and loyalty to the values and principles of Sigma Lambda Upsilon. It is the position of Sigma Lambda Upsilon that hazing undermines the Sorority's ability to teach and sustain Hermandad throughout all phases of Membership, because it causes temporary and/or permanent psychological and/or physical harm to another person.

Any Hermana who engages in hazing will be thoroughly investigated by the National Policy and Compliance Board of Sigma Lambda Upsilon/Señoritas Latinas Unidas Sorority, Inc., in accordance with the procedures set forth by the National Policy and Compliance Board of Sigma Lambda Upsilon/Señoritas Latinas Unidas Sorority, Inc.

**RULES OF THE NEW MEMBER EDUCATION PROGRAM FOR DAMAS**

1. A member of the Pledge Class will be referred to as a Dama.

2. A Dama must keep all information and materials related to the Sorority confidential with the exception of University Officials. However, she may not discuss any information regarding ritual ceremony(ies) or symbolisms of the organization.

3. A Dama will be encouraged to practice Professional Prioritization. Professional Prioritization is not to be confused with social probation. Professional Prioritization involves prioritizing academic, work-related and familial responsibilities, as well as the Sorority. It does not require a Dama to cease communication with anyone.

4. A Dama must sign the New Member Education Program Contract and the Letter of Acceptance on the first night of the New Member Education Program to participate in the New Member Education Program.

5. A Dama must remit payment of the New Member Education Program Fee (set each year by the Director of Finance) to participate in the New Member Education Program.

6. A Dama must meet all the required deadlines for all Sorority projects.

7. A Dama will ensure that her New Member Education Program materials are maintained in a secure location at all times. If she leaves these materials unattended outside the confines of her living quarters, they will become the exclusive property of the Sorority.

8. A Dama will reserve times in her schedule for New Member Education Sessions as provided at the beginning of her process.

9. A Dama must remove her armband and belt in emergency situations.

10. A Dama will wear the traditional uniform during sorority ceremony(ies), after the uniform has been earned, and during New Member Presentations.

11. A Dama will be strongly encouraged to participate in New Member Education Program trips to visit other Chapters of the Sorority and meet additional members of the Pledge Class.

12. A Dama will refer to any members of the Sorority as "Hermana" plus her birth name, line name, or some form of her birth name as requested by the Hermana.

13. A Dama will not greet an Hermana in public.

14. A Dama will not have in her possession, and will not traffic non-prescription, non-over the counter substances such as narcotic and non-narcotic drugs, including, but not limited to, illegal drugs, and prescription drugs used abusively or prescription drugs in the possession of someone other than the prescription holder.

15. A Dama is encouraged to convey any known allergies or physical limitations they have to the Dean of Pledges for the purpose of ensuring a safe New Member Education experience for all involved.

16. A Dama should maintain open communication with the chapter via the Dean of Pledges.

17. A Dama may not physically, mentally, or verbally abuse an Hermana.

18. A Dama, out of respect for the confidentiality of her new member process will not discuss her Sorority projects with the Pledge Classes from other Chapters, or non- Hermanas with the exception of University Officials if desired or asked.

19. A Dama may not email an Hermana for any New Member Education Program related issues (i.e. projects, private information, etc.). A Dama must carbon copy (cc) all emails to and from Hermanas to her Deans.

**RULES OF THE NEW MEMBER EDUCATION PROGRAM FOR HERMANAS**

1. An Hermana must always treat a Dama with respect.

2. An Hermana may only participate in the New Member Education Program if she follows the rules and regulations set forth in the Official Membership Intake Manual.

3. The Dean of Pledges is the overseer of the New Member Education Program for the Pledge Class and all members of the Sorority must respect this.

4. The Dean of Academics is the overseer of the academic goals and study hours for the Pledge Class and all members of the Sorority must respect this. The Dean of Academics will assist the Pledge Class in scheduling their study time together or check in weekly on individual study hours and any other academic progress that the Damas are willing to share.

5. An Hermana may not interact with a Dama if she has consumed alcohol or drugs.

6. An Hermana may not allow another Hermana to violate the Dama's Bill of Rights, the Anti-Hazing Policy or the Rules of the New Member Education Program for Damas and Hermanas.

7. An Hermana may not assign a project or task to a Dama without the consent of the Dean of Pledges (e.g. phone calls, visits to other Chapters, etc.).

8. There must always be at least two Hermanas present during a New Member Education Program Session. For an Hermana to conduct a New Member Education Session on her own, she must receive consent by the Dean of Pledges and Chapter President.

9. An Hermana may not, under any circumstance, cross-pledge a Dama with an individual who is a member of another Greek-lettered organization's Pledge Class.

10. An Hermana may not, under any circumstance, allow non-Hermanas to pledge a Dama.

11. An Hermana may not, under any circumstances, use profanity in reference to or directly towards a Dama.

12. An Hermana has the right to call for a Resolution Session between the Chapter and the Pledge Class whenever she deems it necessary.

13. Any project or task assigned to the Pledge Class by an Hermana that is not in the Official Membership Intake Manual must have significant bearing to the goals and ideals of the Sorority and must be approved by the Director of Membership Intake.

14. An Hermana will maintain a sense of professionalism toward all Damas. An Hermana may only participate in the New Member Education Program if she follows the rules and regulations set forth in the Official Membership Intake Manual.

15. An Hermana must keep all information relating to the New Member Education Program confidential with the exception of sharing information with University officials as requested. The New Member Education Program refers to educational sessions and practices as part of the process to become a member, but will not include information regarding ritual ceremony(ies) or symbolisms of the organization.

16. Hermanas may not pledge a Dama if they are not in the physical presence of a Dama.

17. If a Dama decides to discontinue from the New Member Education Program, an Hermana may not hold this information against her.

18. An Hermana may not require a Dama to greet any Greek-lettered organization or member of the organization other than at a Probate. At this time, the general greeting will be used. A Dama must never be required to give a personal greeting to any individual member of a Greek-lettered organization.

19. An Hermana may not subject a Dama to hazardous weather conditions, which may cause harm.

20. An Hermana may not threaten a Dama with any type of abuse.

21. The Dean of Pledges must ensure a safe New Member Education experience/environment for a Dama based on whatever relevant allergies or physical limitations the Dama has shared.

22. An Hermana may never pledge a Dama in public.

23. An Hermana must carbon copy (cc) the Deans to all emails she sends to a Dama.

**NEW MEMBER EDUCATION PROGRAM CONTRACT**

1. I have accepted to become a member of the Pledge Class of Sigma Lambda Upsilon/ Señoritas Latinas Unidas Sorority, Inc.

2. I have carefully reviewed and understand the Dama Bill of Rights, Anti-Hazing Policy, the Rules of the New Member Education Program for Damas and the Rules of the New Member Education Program for Hermanas. I agree to fully abide by these documents.

3. I am fully aware that all the Hermanas have reviewed the aforementioned documents and will abide by them accordingly.

4. I understand that my status as a Dama, as well as all the information and documents regarding Sigma Lambda Upsilon/Señoritas Latinas Unidas Sorority, Inc., shall remain confidential with the exception of university officials upon request.

5. If at any time there is due cause for me to discontinue the New Member Education Program, I will immediately notify the Dean of Pledges. At that time, I shall return all properties in my possession that represent Sigma Lambda Upsilon/Señoritas Latinas Unidas Sorority, Inc., in any way, shape or form to the Hermanas. I also understand that all the information that I have learned will remain confidential. I agree to complete the Exit Interview, to finalize my discontinuation.

6. By signing below, I attest that I have read the New Member Education Program Contract in its entirety. My signature also confirms that I understand and agree to the terms of the New Member Education Program Contract. If I violate any aspect of this contract, the Dean of Pledges and the National Policy and Compliance Board will determine the proper course of action, which may or may not include legal action.

7. I have provided personal contacts for the Hermanas to use freely only in the case of an emergency.

8. I understand that the deadline to submit the New Member Education Program Fee is one day from today's date. I understand that this fee is non-refundable.

_____ _____
Chapter President Date
_____ _____
Dean of Pledges Date
_____ _____
Dama Date

**EMERGENCY CONTACTS**
Name: _____
Campus Address: _____
Permanent Address: _____
Permanent Telephone: _____
Emergency Contact (On Campus):
Name: _____
Relationship: _____
Telephone: _____
Emergency Contact (At Home):
Name: _____
Relationship: _____
Telephone: _____
Alternate Emergency Contact:
Name: _____
Relationship: _____
Telephone: _____